# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG EDWARDS, | CASE NO. 10CV1763 WQH (POR) |
| Plaintiff, | ORDER |
| vs. | |
| IRVINE FUNDING CORPORATION, CAL-WESTERN RECONVEYANCE CORPORATION, DOES 1-10, | |
| Defendants. | |

HAYES, Judge:

On August 24, 2010, this case was removed from the Superior Court for the County of San Diego. (ECF No. 1). On March 11, 2011, Plaintiff filed a First Amended Complaint. (ECF No. 18). On April 7, 2011, Plaintiff filed a Second Amended Complaint which is the operative Complaint in this case. (ECF No. 24).

On April 8, 2011, Defendant Wells Fargo filed a Motion to Dismiss the Second Amended Complaint. (ECF No. 26). On April 24, 2011, Plaintiff filed an Opposition. (ECF No. 29). On May 2, 2011, Plaintiff filed a Reply. (ECF No. 30).

On July 19, 2011, Plaintiff's counsel, Attorney Nicole Gallagher, filed a Notice and Application for Withdrawal of Counsel. (ECF No. 36).

On October 4, 2011, this Court granted the Motion to Dismiss the Second Amended Complaint as to Defendant Wells Fargo. The Court also granted the Application for Withdrawal of Counsel by Attorney Nicole Gallagher. The Court stated:

Civil Local Rule 83.3 provides, in part:

> Whenever a party has appeared by an attorney, the party may not afterwards appear or act in the party's own behalf in the action, or take any step in that action, unless an order of substitution has first have been made by the court, after notice to the attorney of such party, and to the opposite party....
>
> When an attorney of record for any person ceases to act for a party, such party must appear in person or appoint another attorney by a written substitution of attorney signed by the party, the attorney ceasing to act, and the newly appointed attorney, or by a written designation filed in the case and served upon the attorney ceasing to act....

S.D. Cal. Civ. L.R. 83.3(g)(1), (g)(2).

> Accordingly, Plaintiff must file a motion for substitution pursuant to Local Rule 83.3, requesting an order of substitution and indicating whether Plaintiff will represent himself in this action, or appoint a new attorney to represent him in this action.
> ...
> IT IS HEREBY ORDERED ... that ... No later than 15 days from the date of this Order, Nicole Gallagher shall mail a copy of this Order to Plaintiff Greg Edwards and file a proof of service including his last know addresses. No later than **ninety (90) days** from the date of this Order, Plaintiff must file a motion for substitution pursuant to Local Rule 83.3, requesting an order of substitution and indicating whether Plaintiff will represent himself in this action, or appoint a new attorney to represent him in this action. **If no motion for substitution is filed within ninety (90) days from the date of this Order, this action will be dismissed without prejudice.**

(ECF No. 38 at 9-10).

On October 24, 2011, Attorney Nicole Gallagher filed a certificate of service of the Court's Order on Greg Edwards. (ECF No. 39). To date, Plaintiff Greg Edwards has failed to file a motion for substitution pursuant to Local Rule 83.3.

IT IS HEREBY ORDERED that this case is DISMISSED without prejudice. The Clerk of the Court shall mail a copy of this Order to Greg Edwards, 3343 Bayside Walk #B, San Diego, CA 92109.

DATED: January 13, 2012

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge